UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL A. CATCHOT, SR., and**
**LUCILLE CATCHOT** **PLAINTIFFS**

**V.** **CIVIL ACTION NO.1:06CV677 LTS-RHW**

**MICHAEL FELSHER and**
**NATIONWIDE INSURANCE COMPANY** **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion of Michael A. Catchot, Sr., and Lucille Catchot to remand [8] is hereby **DENIED**;

**SO ORDERED** this 13th day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge