UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


MICHAEL A. CATCHOT, SR. AND LUCILLE CATCHOT                    PLAINTIFFS

V.                                                CIVIL ACTION NO. 1:06cv677-LTS-RHW

MICHAEL FELSHER AND NATIONWIDE INSURANCE COMPANY          DEFENDANTS


**ORDER**

On October 19, 2007, Plaintiffs were granted an extension of time (until November 5, 2007) to file responses to Defendants' [66] Motion for Summary Judgment and [70] Motion to Strike Expert Report and Testimony. Despite this extension, Plaintiffs have not filed any response to Defendants' motions.  Uniform Local Rule 7.2(c)(2) provides: "If a party fails to respond to any motion, other than a motion for summary judgment, within the time allotted, the court may grant the motion as unopposed."

Accordingly, **IT IS ORDERED**:

Plaintiffs' counsel shall file responses to Defendants' pending [66] [70] motions no later than November 15, 2007; failure to do so shall result in appropriate sanctions and, in the case of the motion to strike, the granting of the relief sought by Defendants.  In addition, the Court will treat the motion for summary judgment as unopposed if a response is not filed timely.  NO FURTHER EXTENSIONS SHALL BE GRANTED.

**SO ORDERED** this the 13th day of November, 2007.


                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE